James Bailey Halliday, Sr., Esq., Gulfport, MS, for Defendant–Appellant.

Before JOLLY, DAVIS, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Terry Wayne Irving appeals the revocation of his supervised release. He was convicted of possession with intent to distribute cocaine base and sentenced to 120 months of imprisonment and five years of supervised release. His supervised release was revoked after the district court found that he possessed controlled substances and failed to notify his probation officer of his change of address, and he was sentenced to 51 months of imprisonment.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Irving contends that trial counsel was ineffective for failing to subpoena witnesses to give testimony in his favor at his revocation hearing and challenge the lack of fingerprint or related forensic evidence. We decline to review these claims on direct appeal because the record is not sufficiently developed for us to determine whether trial counsel was ineffective. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014). This determination is without prejudice to Irving's ability to raise his claims in a 28 U.S.C. § 2255 motion.

The judgment of the district court is AFFIRMED.

**Darcy C. MARTIN, Plaintiff-Appellant,**

v.

**DUNAWAY FOOD SERVICES,
Defendant-Appellee.**

No. 15-60831
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 07/22/2016

Darcy C. Martin, McComb, MS, Pro Se.

John H. Ott, Ott Law Firm, McComb, MS, for Defendant-Appellee.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**496**

Before JOLLY, DAVIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Darcy C. Martin moves for leave to proceed in forma pauperis (IFP) in his appeal from the district court's order granting summary judgment and dismissing his pro se civil action against Dunaway Food Services. To proceed IFP, Martin must demonstrate financial eligibility and the existence of any nonfrivolous issue for appeal. *Carson v. Polley*, 689 F.2d 562, 586 (5th Cir. 1982).

Though Martin has demonstrated financial eligibility, he has not shown that he will raise a nonfrivolous issue on appeal. Even with the benefit of liberal construction afforded to briefs of pro se litigants, Martin has failed to identify any error in the district court's basis for granting summary judgment. As Martin has failed to address the district court's reasoning, he has not shown that the district court erred in determining that his appeal has not been taken in good faith. *See Baugh v. Taylor*, 117 F.3d 197, 199–200, 202 (5th Cir. 1997). Because the appeal is frivolous, the request for leave to proceed IFP is DENIED and the appeal is DISMISSED. *See id.* at 202 n.24; 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

